# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOVINGER'S, INC.,** | : | CIVIL ACTION NO. 1:18-CV-1145 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **A.J.D. CONSTRUCTION CO., INC.,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 25th day of March, 2019, upon consideration of the motion (Doc. 7) to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) or, alternatively, to transfer this case to the United States District Court for the District of New Jersey under 28 U.S.C. § 1404(a) filed by defendant A.J.D. Construction Co., Inc. ("A.J.D."), and in accordance with the accompanying memorandum, it is hereby ORDERED that A.J.D.'s motion is DENIED. The stay of discovery imposed by this court's July 24, 2018 order (Doc. 27) is hereby LIFTED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania